UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC NJOKOM,<br><br>    Plaintiff,<br><br>    v.<br><br>EL CAMINO COMMUNITY COLLEGE DISTRICT,<br><br>    Defendant. | No. 2:20-cv-02017-TLN-AC<br><br><br><br>ORDER |

    Plaintiff, who is proceeding in pro se, has filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. ECF No. 2.

    The federal venue statute provides that a civil action "may be brought in (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this action, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

    In this case, the complaint states that both the plaintiff and defendant reside in Los Angeles, California (ECF No. 1 at 12) and all incidents referenced in the complaint appear to

1  have taken place within Los Angeles County. Both the city of Los Angeles and Los Angeles
2  County are located within the Central District of California, Western Division. Therefore,
3  plaintiff's claim should have been filed in the United States District Court for the Central District
4  of California, Western Division. In the interest of justice, a federal court may transfer a
5  complaint filed in the wrong district to the correct district. <u>See</u> 28 U.S.C. § 1406(a); <u>Starnes v.</u>
6  <u>McGuire</u>, 512 F.2d 918, 932 (D.C. Cir. 1974).

7      Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the Central
8  District of California, Western Division.

9  DATED: October 14, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2