O

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11   ERIC NJOKOM,                           )   NO. CV 20-9422-CAS (KS)
                                            )
12                   Plaintiff,             )
                                            )   **ORDER ACCEPTING FINDINGS AND**
13          v.                              )   **RECOMMENDATIONS OF UNITED**
                                            )   **STATES MAGISTRATE JUDGE**
14   EL CAMINO COMMUNITY                    )
     COLLEGE DISTRICT,                      )
15                                          )
                     Defendant.             )
16                                          )
                                            )
17   _____       )

18          Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint

19   ("Complaint"), all of the records herein, and the Report and Recommendation of United States

20   Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no

21   Objections have been filed with the Court. Having completed its review, the Court accepts the

22   findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1)

23   the Complaint is DISMISSED; and (2) Judgment shall be entered dismissing this action without

24   prejudice.

25

26   DATED:   January 14, 2021             _____
                                              CHRISTINA A. SNYDER
27                                            UNITED STATES DISTRICT JUDGE

28